Eastern District of Kentucky
FILED
MAR 3 1 2017
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 15-cr-14-GFVT-REW-1 |
| v. | ) | |
| ROBERT L. BERTRAM, M.D., | ) | **VERDICT FORM** |
| Defendant. | ) | |

*** *** *** ***

As for the defendant Robert L. Bertram, M.D., on Count 1, Conspiracy to Commit Health Care Fraud, we the jury unanimously find:

| | | |
|---|---|---|
| **COUNT 1:** | GUILTY ______ | NOT GUILTY __X__ |

As for the defendant Robert L. Bertram, M.D., on Counts 2 through 100, Health Care Fraud, we the jury unanimously find:

| | | |
|---|---|---|
| **COUNT 2:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 3:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 4:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 5:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 6:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 7:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 8:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 9:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 10:** | GUILTY ______ | NOT GUILTY __X__ |

| | | |
|---|---|---|
| **COUNT 11:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 12:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 13:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 14:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 15:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 16:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 17:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 18:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 19:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 20:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 21:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 22:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 23:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 24:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 25:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 26:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 27:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 28:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 29:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 30:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 31:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 32:** | GUILTY ______ | NOT GUILTY __X__ |

| | | |
|---|---|---|
| **COUNT 33:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 34:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 35:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 36:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 37:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 38:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 39:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 40:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 41:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 42:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 43:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 44:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 45:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 46:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 47:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 48:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 49:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 50:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 51:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 52:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 53:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 54:** | GUILTY __X__ | NOT GUILTY ______ |

| | | |
|---|---|---|
| **COUNT 55:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 56:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 57:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 58:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 59:** | GUILTY X | NOT GUILTY ______ |
| **COUNT 60:** | GUILTY X | NOT GUILTY ______ |
| **COUNT 61:** | GUILTY X | NOT GUILTY ______ |
| **COUNT 62:** | GUILTY X | NOT GUILTY ______ |
| **COUNT 63:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 64:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 65:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 66:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 67:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 68:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 69:** | GUILTY X | NOT GUILTY ______ |
| **COUNT 70:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 71:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 72:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 73:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 74:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 75:** | GUILTY ______ | NOT GUILTY X |
| **COUNT 76:** | GUILTY ______ | NOT GUILTY X |

| | | |
|---|---|---|
| **COUNT 77:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 78:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 79:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 80:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 81:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 82:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 83:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 84:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 85:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 86:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 87:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 88:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 89:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 90:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 91:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 92:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 93:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 94:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 95:** | GUILTY __X__ | NOT GUILTY ______ |
| **COUNT 96:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 97:** | GUILTY ______ | NOT GUILTY __X__ |
| **COUNT 98:** | GUILTY ______ | NOT GUILTY __X__ |

| | | |
|---|---|---|
| **COUNT 99:** | GUILTY ________ | NOT GUILTY __X__ |
| **COUNT 100:** | GUILTY ________ | NOT GUILTY __X__ |

#399

3/31/17